[No. 30457-1-II. Division Two. June 8, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. JAY MICHAEL DOBSON, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 03-1-00415-2, Jay B. Roof, J., entered May 23, 2003. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Morgan, A.C.J., and Van Deren, J.

[No. 30514-3-II. Division Two. June 8, 2004.]

WORLD RELIEF CORPORATION OF NATIONAL ASSOCIATION OF EVANGELICALS, ET AL., *Appellants*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 02-2-02101-5, Richard D. Hicks, J., entered June 24, 2003. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Quinn-Brintnall, C.J., and Seinfeld, J. Pro Tem.

[No. 30575-5-II. Division Two. June 8, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. ISAIAH LAWRENCE SHEPHERD, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 03-1-00032-7, Anna M. Laurie, J., entered June 25, 2003. *Affirmed* by unpublished opinion per Morgan, A.C.J., concurred in by Armstrong and Van Deren, JJ.

[No. 30592-5-II. Division Two. June 8, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. FRANK REED NORDLUND, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 99-1-02886-6, Bruce W. Cohoe, J., entered July 10, 2003. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Armstrong, J., and Seinfeld, J. Pro Tem.